```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )   No. CR-11-045-JLQ
               Plaintiff,       )
                                )   ORDER DENYING MOTION
v.                              )   FOR RECONSIDERATION
                                )
PATRICK HAYES WELLMAN,          )
                                )
               Defendant.       )
                                )
```

At the May 19, 2011, hearing on Defendant's Motion for Reconsideration of detention (ECF No. 28) proffers were made including an ADEPT report recommending inpatient treatment, Sheriff's and DEA reports, and the transcript from the last bail hearing. A warrant remains outstanding. Defendant's trial date has been continued.

The undersigned is unable to conclude the release plan is sufficiently structured to permit release at this time. The Defendant's Motion **(ECF No. 28)** is **DENIED.**

DATED May 26, 2011.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION - 1