UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICK HAYES WELLMAN,<br><br>        Defendant. | No. CR-11-045-JLQ<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>☑ **MOTION DENIED**<br>**ECF No. 39** |

    Before the Court is defendant's Motion for Reconsideration of Order Denying Reconsideration of Order Granting Government's Motion for Detention **(ECF No. 39)**.

    While the outstanding warrant has been quashed, the undersigned is unable to conclude the release plan is sufficiently structured to permit release at this time. The Defendant's Motion **(ECF No. 39)** is **DENIED.**

    DATED June 16, 2011.


                            S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION - 1